BOXER-GLICK CO., INC., Respondent, v. CHARLES WOLF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JEAN W. BROWN, Appellant, v. JAMES D. BROWN, Respondent, Impleaded with Another, Defendant.— Order reversed on the law and the facts, with ten dollars, costs and disbursements, and motion to vacate notice for examination denied. In so far as concerns what the Court of Appeals in *Harding* v. *Harding* (236 N. Y. 514, affg. 203 App. Div. 721) regarded as "relevant, material and proper," we are unable to distinguish that case from the present one. Manning, Young and Kapper, JJ., concur; Kelly, P. J., and Jaycox, J., dissent.

MARY BROWN, Respondent, v. CHARLES T. BROWN, Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

MADELINE CAPOZIEOLLO, Appellant, v. OSCAR LIFSHITZ, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, with costs to abide the event, upon the ground that the questions of negligence and contributory negligence should have been submitted to the jury. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

ROCCO CAPOZIEOLLO, Appellant, v. OSCAR LIFSHITZ, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, with costs to abide the event, upon the ground stated in the decision in *Capozieollo* v. *Lifshitz* (ante, p. 835), decided herewith. Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

THE COAL AND IRON NATIONAL BANK, Respondent, v. AARON H. HOUTMAN and Another, Appellants, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

HAROLD G. D. CORNEY, as Administrator, etc., of HAROLD F. CORNEY. Deceased, Appellant, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Respondent.— It was proper for the court to set aside the verdict in favor of plaintiff on the first cause of action on the ground that it was against the weight of evidence. It was error, however, for the court to dismiss the plaintiff's second cause of action. While many of the questions propounded by plaintiff's counsel were not proper questions, the court clearly indicated that no evidence would be received of the second cause of action. This, we think, was error. (See *Northern Central R. Co.* v. *State*, 29 Md. 420; Beach Contrib. Neg. [3d ed.] § 215; 2 Thomp. Neg. [2d ed.] § 1744.) The order in so far as it dismisses plaintiff's second cause of action is, therefore, reversed on the law, and a new trial granted, with costs to abide the event. Rich, Jaycox, Manning, Kelby and Kapper, JJ., concur.

CATHARINE J. DAVIS, Respondent, v. EMMA L. DUNNET and ROBERT H. DUNNET, Appellants.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Rich, Jaycox and Young, JJ., concur; Kelly, P. J., and Manning, J., dissent on the ground that the power of attorney conferred no authority upon the husband to execute the mortgage in question.